

<table>
<tr><td><strong>Muriel Goode-Trufant</strong><br><em>Corporation Counsel</em></td><td align="center">THE CITY OF NEW YORK<br><strong>LAW DEPARTMENT</strong><br>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td align="right"><strong>Eric Teszler</strong><br><em>Assistant Corporation Counsel</em><br>Office: (212) 356-1652</td></tr>
</table>

November 25, 2025

**VIA ECF**
Hon. Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     <em>K.K., et al. v. N.Y.C. Dep't of Educ.</em>, 25-cv-8683 (MMG)

Dear Judge Garnett:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant in the above-referenced action.

I write, with Plaintiffs' consent, to respectfully request a two-week adjournment of the Initial Pretrial Conference currently scheduled for next Tuesday, December 2, 2025 at 9:30 a.m. to December 16, with a similar two-week extension of the deadline for the parties to submit their joint letter regarding the claims at issue and proposed Civil Case Management Plan and Scheduling Order by December 9 (*see* ECF No. 17).

This is Defendant's first request for an adjournment of the Initial Pretrial Conference and deadline for the parties to submit a joint letter and proposed case management plan, which is primarily sought on the grounds that the undersigned—who appeared in this matter on November 19, 2025 (*see* ECF No. 18)—requires additional time to familiarize themself with the record, and to confer with Defendant regarding its views as to the claims in dispute as well as any contemplated motions.

In light of the foregoing, Defendant respectfully requests that the Initial Pretrial Conference in this matter be adjourned by two weeks to December 16, 2025, or a date thereafter that is convenient for the Court; and additionally respectfully requests a two-week extension of the deadline for the parties to submit their joint letter and proposed case management plan by December 9, 2025.

Thank you for considering these requests.

Respectfully submitted,<br><br><em>/s/ Eric Teszler</em><br>Eric Teszler, Esq.<br>Assistant Corporation Counsel

cc:    All counsel of record (via ECF)

GRANTED.  The Initial Pretrial Conference scheduled for December 2, 2025, is hereby ADJOURNED until **Tuesday, December 16, 2025, at 9:30 a.m.**  The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  It is further ORDERED that the parties submit the joint letter and proposed Civil Case Management Plan and Scheduling Order described in the Court's October 27, 2025 Order by **December 9, 2025**.

SO ORDERED.  Dated November 26, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE